UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-24042-SEITZ/SIMONTON

CHRISTOPHER GARGANO, on behalf of
Himself and a Similarly-Situated Class,

        Plaintiff,

v.

PHILIP MORRIS USA, INC.

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice [DE-66]. Accordingly, it is hereby

ORDERED that:

(1) This case is DISMISSED WITH PREJUDICE and each party shall bear their own costs.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 10th day of August, 2011.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record